# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GRANITE RE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY and EDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>                Defendants. | Case No. 17-CV-590-JPS<br><br>**ORDER** |

On October 3, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, including all claims that the parties brought against each other or could have brought against each other, and with each party to bear its own costs. (Docket #20). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #20) be and the same is hereby **ADOPTED**; this action, including all claims that the parties brought against each other or could have brought against each other, be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge